FILED
CLERK, U.S. DISTRICT COURT

NOV 1 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No. __11 - 2702__
                          )
            Plaintiff,    )   ORDER OF DETENTION AFTER HEARING
                          )      (Fed.R.Crim.P. 32.1(a)(6)
        v.                )       18 U.S.C. § 3143(a)
                          )      Allegations of Violations of
Martin Barajas,           )     Probation/Supervised Release
                          )              Conditions)
            Defendant.    )
_____)

On arrest warrant issued by the United States District Court for

the ____SDCA____ involving alleged violations of

conditions of probation/supervised release:

    1.    The court finds that no condition or combination of

        conditions will reasonably assure:

        A.    ( ✓ ) the appearance of defendant as required; and/or

        B.    ( ✓ ) the safety of any person or the community.

///
///
///
///
///

2.  The Court concludes:

A.  ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____ _curre_ _____ _____

_____

_____

_____

_____

B.  ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _crret_ _offes_ _x_ _a_ _prer_ _fole_ _to_ _opp._

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED:  ____11/10/11____

_____

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge